Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____   08-11493

In re __Agustin Valencia__.
               Debtor

Case No. ~~08CH00957~~

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __294__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __80.00__   Check one ☐ With the filing of the petition, or
                          ☐ On or before _____

   $ __67.50__   on or before __6- 6  008__

   $ __68.50__   on or before __7- 6  008__

   $ __68.50__   on or before __8- 6  008__

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____        _____ 5-6-008
Signature of Attorney       Date         Signature of Debtor         Date
                                         (If a joint case, both spouses must sign.)

_____
Name of Attorney                         _____ _____
                                         Signature of Joint Debtor (if any)   Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 0 6 2008

KENNETH S. GARDNER, CLERK
PS REP. - AI

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of _____Illinois_____

In re  A Gustin Valencia ,                                                Case No. 08-11493
            Debtor

                                                                          Chapter  13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$  68 50    Check one  ☐  With the filing of the petition, or
                       ☐  On or before _____

$  68 50    on or before  6 — 6   008

$ _____   on or before  7 — 6   008

$ _____   on or before  8 — 6 — 008

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: 5 — 6   008

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner, Clerk of the Court