```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 11493
   AGUSTIN VALENCIA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7678

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
   The case was filed on 05/06/2008 and was not confirmed.

   The case was dismissed without confirmation 05/29/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS I  NOTICE ONLY   NOT FILED          .00           .00
PRO SE DEBTOR             DEBTOR ATTY        .00                         .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                           --------------      --------------
TOTALS                         .00                  .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 08/26/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```